THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GRIFFIN W. HOWARD, Defendant-Appellant.

(No. 72-342;

Fifth District—September 19, 1974.

Robert E. Farrell and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, for the People.